Form 27 - GENERAL PURPOSE

BADIAK & WILL, LLP
ATTN:
U.S. SOUTHERN DIST. COURT          NEW YORK COUNTY
-------------------------------------------------------
EXPEDITORS INTERNATIONAL                 plaintiff

                - against -

KOREAN AIRLINES                          defendant
-------------------------------------------------------

Index No. **08 CV 0386**

Date Filed ............

Office No. **08-T-001-JPK**

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**HOWARD HERTZFELD**       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **9th  day of May, 2008**    at  **08:40 AM.**, at
**CARGO BLDG, #9 J.F.K. INTERNATIONAL APO
JAMAICA, NY 11430**
I served a true copy of the
**SUMMONS AND COMPLAINT
INDIVIDUALLY RULES OF PRACTICE OF
JUDGE SWEET AND MAGISTRATE JUDGE PECK**

upon **KOREAN AIRLINES**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
**JUNG HOON, MANAGING AGENT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
SEX: **MALE**          COLOR: **ASIAN**         HAIR: **BLACK**
APP. AGE: **47**       APP. HT: **5:10**         APP. WT: **150**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
12th  day of  May, 2008k


JOEL GOLUB
Notary Public, State of New York
No. 01GO4751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

..........................
HOWARD HERTZFELD   778037
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 9BWM126800

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

EXPEDITORS INTERNATIONAL,

V.

KOREAN AIRLINES,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**08 CV 0386**

**JUDGE SULLIVAN**

TO: (Name and address of defendant)

KOREAN AIRLINES:
Cargo Building # 9
J.F.K. International APO
Jamaica, New York 11430

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BADIAK & WILL, LLP
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 08-T-001-JK

an answer to the complaint which is herewith served upon you, within ____20____ days after service of summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable pe of time after service.

J. MICHAEL McMAHON
CLERK

_(signature)_
(BY) DEPUTY CLERK

JAN 15 2008
DATE