UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   AH-3515
EXPEDITORS INTERNATIONAL,                               :

             Plaintiff,                                      :

                                                                    Case No: 08-CV-0386 (RJS)

- against -                                                          :         **RULE 7.1 STATEMENT**

KOREAN AIRLINES,                                          :

             Defendant.                                   :
------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Korean Air Lines Co., Ltd., (incorrectly sued as "Korean Airlines"), certify that the following are parent corporations or publicly held corporations that own more than 10% of stock of Korean Air Lines Co., Ltd.:

       None

Dated: New York, New York
           May 22, 2008

                                          CLYDE & CO US LLP

                                          By: _____
                                              Andrew J. Harakas (AH 3515)
                                              The Chrysler Building
                                              405 Lexington Avenue
                                              New York, New York 10174
                                              (212) 710-3900

                                              Attorneys for Defendant
                                              Korean Air Lines Co., Ltd.