UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x   AH-3515
EXPEDITORS INTERNATIONAL,            :

            Plaintiff,            :

   - against -            :   Case No: 08-CV-0386 (RJS)

KOREAN AIRLINES,            :   **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

            Defendant.            :
----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorney of record for all the parties to the above-entitled action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action by, between and against all of the parties be, and the same hereby is dismissed with prejudice and without costs to any party as against each other.

Dated: September 3, 2008

Baciak & Will LLP

By_____
James Krauzlis, Esq. (JK 4972)
Attorneys for Plaintiff
106 3rd Street
Mineola, New York 11501-4404
(516) 877-2225

CLYDE & CO US LLP

By_____
Andrew J. Harakas (AH 3515)
Attorneys for Defendant
Korean Air Lines Co., Ltd.
405 Lexington Avenue
New York, New York 10174
(212) 710-3900

SO ORDERED:

_____
U.S.D.J.