UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

EXPEDITORS INTERNATIONAL,

          Plaintiff,

- against -

KOREAN AIRLINES,

          Defendant.
----------------------------------------------------------x

AH-3515

Case No: 08-CV-0386 (RJS)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorney of record for all the parties to the above-entitled action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action by, between and against all of the parties be, and the same hereby is dismissed with prejudice and without costs to any party as against each other.

Dated: September 3, 2008

| Baciak & Will LLP | CLYDE & CO US LLP |
|---|---|
| By: _____ | By: _____ |
| James Krauzlis, Esq. (JK 4972) | Andrew J. Harakas (AH 3515) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 106 3rd Street | Korean Air Lines Co., Ltd. |
| Mineola, New York 11501-4404 | 405 Lexington Avenue |
| (516) 877-2225 | New York, New York 10174 |
| | (212) 710-3900 |

SO ORDERED:

_____
U.S.D.J.

9/5/08